Fricker & Mellen & Associates
Timothy J. Fricker, Esq. 183309
James G. Mellen, Esq. 122035
Karen Creech, Esq. 168023
Tribune Tower
409 13th Street, 17th Floor
Oakland, CA 94612
Tel: (510) 663-8484
Fax: (510) 663-0639

Attorneys for Plaintiff
Sandra L. Franco

**EDL**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CV 08  0150

SANDRA FRANCO

    Plaintiff,

v.

H & R BLOCK LONG TERM DISABILITY INSURANCE PLAN

    Defendant.

Case No.:

**COMPLAINT**

## I. JURISDICTION

1. This is a suit to enforce plaintiff's rights to declaratory, injunctive and monetary relief brought pursuant to the Employee Retirement Income Security Act of 1974 (ERISA), 29 USC 1001, et seq.

## II. PARTIES

2. Plaintiff SANDRA FRANCO was at all times relevant hereto a participant in the H & R BLOCK LONG TERM DISABILITY INSURANCE PLAN (hereinafter referred to as PLAN), pursuant to ERISA.

3. HRB MANAGEMENT, INCORPORATED is the Administrator of the PLAN and the

**Franco Complaint**      Page 1

1  PLAN is funded by UNUM LIFE INSURANCE COMPANY OF AMERICA.

2  4.   The PLAN is an employee welfare benefit plan pursuant to ERISA section 502, 29 USC 1002.

### III. FACTS

5.   Plaintiff was a participant in good standing in the PLAN on August 1, 2004.

6.   Plaintiff became disabled on or about August 1, 2004, and continues to be disabled. Her disability has, at all times since, met the definition of disability in the PLAN.

7.   On March 30, 2007, the PLAN, through the insurer, informed plaintiff that as of March 30, 2007, it would terminate long term disability benefits under the PLAN.

8.   Plaintiff timely appealed the termination of benefits. On December 20, 2007, the PLAN, through the insurer, informed plaintiff that her appeal was denied.

9.   Plaintiff has performed all acts necessary to maintain his status as a participant in the PLAN. She timely filed all applications for benefits and appeals of the termination of benefits. She provided all the necessary information to the PLAN and its representatives. Plaintiff exhausted all available administrative remedies under the PLAN.

### IV. CLAIM FOR RELIEF

10.   Plaintiff hereby realleges and incorporates by reference every allegation of paragraphs 1 though 9 above, inclusive.

11.   ERISA Section 502(a)(1)(B), 29 USC 1132(a)(1)(B), provides a private right of action for ERISA plan participants to recover benefits due and to clarify rights to future benefits under the terms of the PLAN.

12.   As a direct and proximate consequence of defendant's failure and refusal to pay benefits under the PLAN, plaintiff has been deprived of amounts to be determined and interest thereon.

/ / /

**Franco Complaint**                    Page 2

## V. PRAYER FOR RELIEF

WHEREFORE, plaintiff prays for:

1. A judgment and order that defendant pay the benefits due plaintiff now and in the future and interest thereon.

2. An order that defendant pay plaintiff his attorney fees and other costs.

3. Such order and further relief as the Court may deem just and proper.

Date: __1/8__, 2008.

                          **Fricker & Mellen & Associates**

                          By: _____
                                  Timothy J. Fricker, Esq.

                                        Attorneys for Plaintiff
                                               Sandra Franco