1  **Fricker & Mellen & Associates**
   **Timothy J. Fricker, Esq. 183309**
2  **James G. Mellen, Esq. 122035**
   **Tribune Tower**
3  **409 13th Street, 17th Floor**
   **Oakland, CA 94612**
4  **Tel: (510) 663-8484**
   **Fax: (510) 663-0639**
5
   Attorneys for Plaintiff
6  Sandra Franco

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11
   SANDRA FRANCO                          Case No.: C-08-00150 EDL
12
           Plaintiff,
13                                        **ADR CERTIFICATION**
   v.                                     **BY PARTY AND COUNSEL**
14
   H & R BLOCK LONG TERM DISABILITY
15 INSURANCE PLAN

16         Defendant.

17

18         Pursuant to Civil L. R. 16-8(b) and ADR L.R. 3-5(b), each of the undersigned certifies

19 that he or she has:

20         (1) Read the handbook entitled "*Dispute Resolution Procedures in the Northern District*

21 *of California*" on the Court's ADR Internet site www.adr.cand.uscourts.gov.  *(Limited printed*

22 *copies are available from the clerk's office for parties in cases not subject to the court's*

23 *Electronic Case Filing program (ECF) under General Order 45);*

24         (2) Discussed the available dispute resolution options provided by the Court and private

25 entities; and

26         (3) Considered whether this case might benefit from any of the available dispute

27

28                                      Page 1

1 | resolution options.

2 | Date:  March 27, 2008              /s/ T. J. Fricker for Sandra Franco
                                              [Party]

3 | Date:  March 27, 2008              /s/ T. J. Fricker
                                              [Counsel]