FRICKER & MELLEN & ASSOCIATES
Timothy J. Fricker, Esq. 183309
James G. Mellen, Esq. 122035
Tribune Tower
409 13th Street, 17th Floor
Oakland, CA 94612
Tel: (510) 663-8484
Fax: (510) 663-0639

Attorneys for Plaintiff
Sandra L. Franco

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

SANDRA FRANCO,

    Plaintiff,

v.

H & R BLOCK LONG TERM DISABILITY INSURANCE PLAN,

    Defendant.

Case No.: CV 08-0150EDL

**PLAINTIFF'S CASE MANAGEMENT CONFERENCE STATEMENT**
Civil L. R. 16-10

**Date: April 15, 2008**
**Time: 10:00 am**
**Courtroom: E (15th Floor)**

    Plaintiff Sandra Franco ("plaintiff") hereby submits this Case Management Statement, pursuant to this Court's standing order and the Local Rules.

**A.    Brief Statement of Facts.**

    This is an action for recovery of benefits claimed under an employee welfare benefit plan governed by the Employee Retirement Income Security Act of 1974 ("ERISA"), 29 U.S.C. section 1001 et seq. Plaintiff was an employee of H & R Block and was a participant in its Plan, which were underwritten by Unum Life Insurance Company of America ("UNUM"). UNUM determined that plaintiff was not eligible for disability benefits under the Plan effective January 27, 2007, and so advised plaintiff. Plaintiff appealed this decision. On December 20, 2007, UNUM notified plaintiff that it was denying Plaintiff's appeal and upholding its earlier decision. Plaintiff has exhausted her administrative remedies and now seeks unpaid benefits and attorney

fees in this action.

**B.    Matters Addressed Pursuant to Standing Order.**

    **1.    Trial and Discovery.**

The plaintiff anticipates that this matter will be resolved on cross-motions for summary judgment. If a trial is needed, it likely will be a bench trial of one court day on the administrative record, without live testimony. Plaintiff does not anticipate discovery at this time. However, if the case is not settled at mediation, Plaintiff anticipates propounding extensive discovery to determine the extent of any and all possible conflicts of interest.

    **2.    Jurisdiction and parties.**

This court has original jurisdiction of this entire action pursuant to 28 U.S.C. section 1331, in that this action arises under federal law (ERISA). Unfortunately, H & R Block originally declined to acknowledge service by mail. However, plaintiff's counsel was informed by its process server located in Kansas City, Missouri, that H & R Block was personally served earlier today (April 8, 2008.)

    **3.    Factual and legal bases for claims and defenses.**

Plaintiff contends that she became, and remains, totally disabled from severe back injury. Plaintiff contends that her claim for disability benefits under the Plan was improperly denied. Defendant contends that it properly reviewed plaintiff's claim and that its decision to deny benefits was correct.

    **4.    Factual and legal issues genuinely in dispute.**

The standard of review.

    **5.    Issues that can be narrowed or disposed of on motion.**

Plaintiff believes that this matter likely may be resolved on cross-motions for summary judgment, which may be bifurcated so that the appropriate standard of review is addressed and established first.

/ / /

**6.    Motions anticipated.**

Plaintiff anticipates filing cross-motions for summary judgment. If plaintiff decides to seek discovery, it is likely that the plan will oppose such discovery, so that a motion to compel or to permit discovery will be necessary.

**7.    Relief sought.**

Plaintiff seeks recovery of all past due benefits. There are no counterclaims.

**8.    Discovery and alternatives to discovery.**

No disclosures have been made.

**9.    Referral to arbitration, a master, or Magistrate Judge for trial, or to Judicial Panel on Multi district Litigation.**

Plaintiff does not believe that such a referral is appropriate.

**10.    Trial.**

See item 1 above.

**11.    Related cases.**

None.

**12.    Class action certification.**

Not applicable.

**13.    Discovery cutoff, pretrial conference, trial dates.**

If plaintiff decides to seek discovery, it is likely that a motion to compel will be necessary.

**14.    Prospects for settlement**.

Plaintiff will recommend court sponsored mediation.

**15.    Other matters.**

Plaintiff respectfully requests that a further case management conference be set in approximately 90 days. As indicated above, the defendant was served today. Plaintiff apologizes to the court for any inconvenience.

/ / /

| | |
|---|---|
| Dated: April 8, 2008 | FRICKER & MELLEN & ASSOCIATES |
| | By  /s/<br>Timothy J. Fricker<br>Attorneys for Plaintiff |

Franco v. H & R Block LTD, CV08-00150EDL CMC Statement                              Page 4