**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SANDRA FRANCO,

    Plaintiff,

v.

H & R BLOCK LONG TERM DISABILITY INSURANCE PLAN,

    Defendant.
_____/

No. C 08-00150 EDL

CLERK'S NOTICE

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the Initial Case Management Conference currently scheduled for April 15, 2008 has been continued to **July 15, 2008 at 10:00 a.m.** before Magistrate Judge Laporte in Courtroom E, 15th Floor, 450 Golden Gate Avenue, San Francisco. A joint case management statement shall be filed no later than July 8, 2008.

Dated: April 10, 2008

                FOR THE COURT,
                Richard W. Wieking, Clerk

        by: *Lili M. Harrell* (signature)
            Lili M. Harrell
            Courtroom Deputy