1  **RIMAC MARTIN, P.C.**
   JOSEPH M. RIMAC - State Bar No. 72381
2  ANNA M. MARTIN - State Bar No. 154279
   1051 Divisadero Street
3  San Francisco, California 94115
   Telephone (415) 561-8440
4  Facsimile (415) 561-8430

5  Attorneys for Defendant
   H & R BLOCK LONG TERM DISABILITY
6  INSURANCE PLAN

7  **FRICKER & MELLEN & ASSOCIATES**
   TIMONTY J. FRICKER - State Bar No. 183309
8  JAMES G. MELLEN - State Bar No. 122035
   KAREN CREECH - State Bar No. 168023
9  Tribune Tower
   409 13th Street, 17th Floor
10 Oakland, CA 94612
   Telephone: (510) 663-8484
11 Fax: (510) 663-0639

12

13              **UNITED STATES DISTRICT COURT**

14         **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

15              **SAN FRANCISCO DIVISION**

16                                      *E-FILING*

17 SANDRA FRANCO,                    )
                                     )  CASE NO.  CV 08-00150 EDL
18         Plaintiff,                )
                                     )  **STIPULATION TO EXTEND TIME**
19    vs.                            )  **WITHIN WHICH TO ANSWER OR**
                                     )  **OTHERWISE RESPOND TO THE**
20 H & R BLOCK LONG TERM DISABILITY  )  **COMPLAINT**
   INSURANCE PLAN,                   )  **[CIVIL L.R. 5]**
21                                   )
                                     )
22         Defendant.                )
   _____   )

23

24      **IT IS HEREBY STIPULATED** by the parties hereto, by and through their attorneys of

25 record herein, that defendant H & R BLOCK LONG TERM DISABILITY INSURANCE PLAN

26 may have a two-week extension of time to respond to Plaintiff's Complaint, up to and including

27 May 6, 2008.

28 / / /

---

**-1-**

STIPULATION TO EXTEND TIME TO
RESPOND TO COMPLAINT                                CASE NO.  CV 08-00150 EDL

1    Pursuant to local rules, this document is being electronically filed through the Court's

2  ECF System.  In this regard, counsel for defendant hereby attests that (1) the content of this

3  document is acceptable to all persons required to sign the document; (2) plaintiff's counsel has

4  concurred with the filing of this document; and (3) a record supporting this concurrence is

5  available for inspection or production if so ordered.

6    **SO STIPULATED.**

7                                                    FRICKER & MELLEN & ASSOCIATES

8

9  DATED:  April 22, 2008              By:    /s/ **JAMES G. MELLEN**
                                                    JAMES G. MELLEN
10                                                  Attorneys for Plaintiff
                                                    SANDRA FRANCO
11

12                                                  RIMAC MARTIN, P.C

13

14  DATED:  April 22, 2008              By:    /s/ **ANNA M. MARTIN**
                                                    ANNA M. MARTIN
15                                                  Attorneys for Defendant
                                                    H & R BLOCK LONG TERM DISABILITY
16                                                  INSURANCE PLAN

17

18

19

20

21

22

23

24

25

26

27

28

**-2-**