**RIMAC  MARTIN, P.C.**
JOSEPH M. RIMAC - State Bar No.  72381
ANNA M. MARTIN - State Bar No. 154279
amartin@rimacmartin.com
1051 Divisadero Street
San Francisco, California 94115
Telephone (415) 561-8440
Facsimile (415) 561-8430

Attorneys for Defendant
H & R BLOCK LONG TERM DISABILITY
INSURANCE PLAN

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

### *E-FILING*

| | |
|---|---|
| SANDRA FRANCO,<br><br>               Plaintiff,<br><br>     vs.<br><br>H & R BLOCK LONG TERM DISABILITY<br>INSURANCE PLAN,<br><br>               Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**CASE NO.  CV 08-0150 EDL**

**CERTIFICATION OF INTERESTED
ENTITIES OR PERSONS**

          The undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

          1.       Sandra Franco, plaintiff.

          2.       H & R Block Long Term Disability Insurance Plan, defendant.

          3.       HRB Management, Inc.

          4.       Unum Life Insurance Company of America.

/ / /

1          5.      Unum Group, parent corporation of Unum Life Insurance Company of America.

2

3                                      RIMAC & MARTIN, P.C.

4

5
   DATED:  May 12, 2008          By:      /s/ ANNA M. MARTIN
6                                          ANNA M. MARTIN
                                           Attorneys for Defendant
7                                          H & R Block Long Term Disability Insurance Plan

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28