**RIMAC MARTIN, P.C.**
JOSEPH M. RIMAC - State Bar No. 72381
ANNA M. MARTIN - State Bar No. 154279
amartin@rimacmartin.com
1051 Divisadero Street
San Francisco, California 94115
Telephone (415) 561-8440
Facsimile (415) 561-8430

Attorneys for Defendant
H & R BLOCK LONG TERM DISABILITY
INSURANCE PLAN

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

# *E-FILING*

|  |  |
|---|---|
| SANDRA FRANCO, | ) |
| Plaintiff, | ) **CASE NO. CV 08-0150 EDL** |
| | ) |
| vs. | ) **DEFENDANT'S DECLINATION TO** |
| | ) **PROCEED BEFORE A UNITED STATES** |
| H & R BLOCK LONG TERM DISABILITY | ) **MAGISTRATE JUDGE** |
| INSURANCE PLAN, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**TO THE HONORABLE COURT AND THE INTERESTED PARTIES HERETO:**

NOTICE IS HEREBY GIVEN that defendant H & R BLOCK LONG TERM

DISABILITY INSURANCE PLAN respectfully declines to proceed before a U.S. Magistrate

Judge in this proceeding and requests the matter be assigned to an United States District Court

Judge.

RIMAC & MARTIN, P.C.


DATED: May 12, 2008          By:    /s/ **ANNA M. MARTIN**
ANNA M. MARTIN
Attorneys for Defendant
H & R Block Long Term Disability Insurance Plan