**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CIVIL PRETRIAL MINUTES

Date: 8/22/08

Case No.   C-08-150SI            Judge:   SUSAN ILLSTON

Title: SANDRA FRANCO  -v- PRUDENTIAL INS.

Attorneys: T. Fricker          B. Riley

Deputy Clerk:  Tracy Sutton   Court Reporter:  n/a

**PROCEEDINGS**

1)   Initial Case Management Conference - HELD

2)

3)

Order to be prepared by:  ( )Pltf   ( )Deft   ( )Court

Disposition :  ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN   ( ) SUBMITTED
                              PART

Case continued to **3/20/09    @ 2:30 p.m.** for Further Case Management Conference
(joint statement due one week prior)

Case continued to **2/20/09    @ 9:00 a.m.**   for Cross Motions for Summary Judgment
(Motion due **1/16/09**, Opposition **1/30/09** Reply **2/6/09**)

Case continued to    **@ 3:30 p.m.**  for Pretrial Conference

Case continued to    **@ 8:30 a.m.**  for Trial (:  Days)
Discovery Cutoff:   Designate Experts by: , Rebuttal Experts:, Expert Discovery Cutoff:

ORDERED AFTER HEARING:
The case shall be referred to the Court's mediation program.  The mediation session shall be completed by December 15, 2008.

CC: ADR