1   **RIMAC  MARTIN, P.C.**
    JOSEPH M. RIMAC - State Bar No.  72381
2   ANNA M. MARTIN - State Bar No. 154279
    1051 Divisadero Street
3   San Francisco, California 94115
    Telephone (415) 561-8440
4   Facsimile (415) 561-8430

5   Attorneys for Defendant
    H & R BLOCK LONG TERM DISABILITY
6   INSURANCE PLAN

7   **FRICKER & MELLEN & ASSOCIATES**
    TIMOTHY J. FRICKER - State Bar No. 183309
8   JAMES G. MELLEN - State Bar No. 122035
    Tribune Tower
9   409 13th Street, 17th Floor
    Oakland, CA  94612
10  Telephone (510) 663-8484
    Facsimile (510) 663-0639
11
    Attorneys for Plaintiff
12  SANDRA L. FRANCO

13

14              **UNITED STATES DISTRICT COURT**

15        **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

16               **SAN FRANCISCO DIVISION**

17                                          *E-FILING*

18  SANDRA FRANCO,                    )
                                      )  CASE NO.  **CV 08-00150 SI**
19          Plaintiff,                )
                                      )  **STIPULATION TO CONTINUE COURT**
20      vs.                           )  **DEADLINES AND MEDIATION**
                                      )  **DEADLINE; [PROPOSED] ORDER**
21  H & R BLOCK LONG TERM DISABILITY  )  **THEREON**
    INSURANCE PLAN,                   )
22                                    )
            Defendant.                )
23  _____  )

24      IT IS HEREBY STIPULATED by and between the parties hereto through their attorneys

25  of record that the deadline for conducting a mediation in this matter be continued from December

26  15, 2008, to January 31, 2009.  The parties further stipulate and respectfully request that all other

27  court deadlines be continued by 45 days.

28  / / /

---

                                   -1-
**STIPULATION AND ORDER CONTINUING COURT DEADLINES**      **CASE NO.  CV 08-00150 SI**

1   Good cause exists therefor, as the appointed mediator, David Holsberry, has only one

2   week available on his calendar between now and year's end, the week of December 8, 2008.

3   Unfortunately, defendant's counsel will be out of the country in London at that time. As such,

4   the parties have set a mutually-convenient date based upon Mr. Holsberry's availability, for

5   January 23, 2009. The parties request that the other court deadlines be extended for 45 days in

6   light of the requested continuation of the mediation deadline.

7       Pursuant to local rules, this document is being electronically filed through the Court's

8   ECF System. In this regard, counsel for defendant hereby attests that (1) the content of this

9   document is acceptable to all persons required to sign the document; (2) plaintiff's counsel has

10  concurred with the filing of this document; and (3) a record supporting this concurrence is

11  available for inspection or production if so ordered.

12      **SO STIPULATED.**

13                          RIMAC MARTIN, P.C

14

15  DATED: November 21, 2008    By:    /s/ **ANNA M. MARTIN**
                                        ANNA M. MARTIN
16                                      Attorneys for Defendant
                                        H & R BLOCK LONG TERM DISABILITY
17                                      INSURANCE PLAN

18

19                          FRICKER & MELLEN & ASSOCIATES

20

21  DATED: November 21, 2008    By:    /s/ **TIMOTHY J. FRICKER**
                                        TIMOTHY J. FRICKER
22                                      Attorneys for Plaintiff
                                        SANDRA L. FRANCO
23

24                          **ORDER**

25      The parties having so stipulated, IT IS HEREBY ORDERED that the mediation deadline

26  in this matter be and hereby is continued up to and including January 31, 2009.

27  / / /

28  / / /

-2-
**STIPULATION AND ORDER CONTINUING COURT DEADLINES**        CASE NO. CV 08-00150 SI

1    IT IS FURTHER ORDERED that all deadlines set in this matter be extended by forty-

2  five (45) days, as follows:

3    The due date for motions for summary judgment, heretofore due 1/16/09, is continued to

4  **March 2, 2009**.

5    The due date for oppositions to motions for summary judgment, heretofore due 1/30/09,

6  is continued to **March 16, 2009.**

7    The due date for replies in support of motions for summary judgment, heretofore due

8  2/06/09, is continued to **March 23, 2009.**

9    The hearing on cross-motions for summary judgment, heretofore set for 2/20/09, is

10  continued to **April 10, 2009, at 9:00 a.m.**

11    The due date for the Joint Case Management Conference Statement, heretofore due

12  3/13/09, is continued to **April 27, 2009.**

13    The Further Case Management Conference, heretofore set for 3/20/09, is continued to

14  **May 8, 2009, at 2:30 p.m.**

15        15
     **SO ORDERED.**

16

17

18  DATED: _____     _____
                                      UNITED STATES DISTRICT COURT JUDGE
19

20

21

22

23

24

25

26

27

28

---

**STIPULATION AND ORDER CONTINUING COURT DEADLINES**          **CASE NO.  CV 08-00150 SI**