**RIMAC MARTIN, P.C.**
JOSEPH M. RIMAC - State Bar No. 72381
ANNA M. MARTIN - State Bar No. 154279
1051 Divisadero Street
San Francisco, California 94115
Telephone (415) 561-8440
Facsimile (415) 561-8430

Attorneys for Defendant
H & R BLOCK LONG TERM DISABILITY
INSURANCE PLAN

**FRICKER & MELLEN & ASSOCIATES**
TIMONTY J. FRICKER - State Bar No. 183309
JAMES G. MELLEN - State Bar No. 122035
KAREN CREECH - State Bar No. 168023
Tribune Tower
409 13th Street, 17th Floor
Oakland, CA 94612
Telephone: (510) 663-8484
Fax: (510) 663-0639

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

*E-FILING*

| | |
|---|---|
| SANDRA FRANCO, | CASE NO. **CV 08-00150 SI** |
| Plaintiff, | |
| vs. | **STIPULATION OF** |
| H & R BLOCK LONG TERM DISABILITY INSURANCE PLAN, | **DISMISSAL WITH PREJUDICE** |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties to this action, H & R BLOCK LONG TERM DISABILITY INSURANCE PLAN and SANDRA FRANCO, through their designated counsel of record herein, that the above-captioned action be, and hereby is dismissed with prejudice pursuant to Federal Rules of Civil Procedure, Rule 41.

Each party shall bear its own costs and attorneys' fees in this action.

-1-

**STIPULATION OF DISMISSAL**
**WITH PREJUDICE**                                    **CASE NO. CV 08-00150 SI**

Pursuant to local rules, this document is being electronically filed through the Court's ECF System. In this regard, counsel for defendant hereby attests that (1) the content of this document is acceptable to all persons required to sign the document; (2) plaintiff's counsel has concurred with the filing of this document; and (3) a record supporting this concurrence is available for inspection or production if so ordered.

**SO STIPULATED.**

FRICKER & MELLEN & ASSOCIATES

DATED: March 5, 2009      By:    /s/ **JAMES G. MELLEN**
JAMES G. MELLEN
Attorneys for Plaintiff
SANDRA FRANCO


RIMAC MARTIN, P.C

DATED: March 5, 2009      By:    /s/ **ANNA M. MARTIN**
ANNA M. MARTIN
Attorneys for Defendant
H & R BLOCK LONG TERM DISABILITY
INSURANCE PLAN

**ORDER**

**SO ORDERED.**

DATED: _____     _____
UNITED STATES DISTRICT COURT JUDGE

-2-

STIPULATION OF DISMISSAL
WITH PREJUDICE            CASE NO. CV 08-00150 SI